No. 1830. PEOPLE, APPELLEE, *v.* SANTIAGO ET AL., APPELLANTS.—Second District Court of San Juan. Aggravated assault and battery. Decided January 12, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1787. PEOPLE, APPELLEE, *v.* LEBRÓN, APPELLANT. — District Court of Guayama. Decided January 12, 1922. No fundamental error appeared to have been assigned or committed. *Affirmed.*

No. 205. HONORÉ, PETITIONER, *v.* TORO, COMMISSIONER OF AGRICULTURE, RESPONDENT. — Mandamus. Decided January 13, 1922. The reasons relied upon to invoke the original jurisdiction of the Supreme Court were not found sufficient under Rule 69. *Petition denied.*

No. 1806. PEOPLE, APPELLEE, *v.* CRUZ, APPELLANT.—District Court of Arecibo. Aggravated assault and battery. Decided January 13, 1922. There was no bill of exceptions or statement of the case and no fundamental error appeared to have been committed. *Affirmed.*

No. 1781. PEOPLE, APPELLEE, *v.* MARTÍNEZ, APPELLANT.— Violation of the Excise-tax Law. Decide January 13, 1922. The grounds of the decision in *People v. Negrón,* 29 P. R. R. 50, were followed and the record discloses no fundamental error. *Affirmed.*

No. 342. TOUS ET AL., PETITIONERS, *v.* RODRÍGUEZ SERRA, ACTING JUDGE.—First District Court of San Juan. Certiorari. Decided January 16, 1922. The Court was not satisfied that the petitioners had no other remedy and exercised its discretion against them. *Petition denied.*